GARY S. HANN, pro se
Plaintiff
yragnnah@gmail.com
P.O. Box 711
Cathedral City, CA 92235-0711
734-480-4140

FILED

CLERK, U.S. DISTRICT COURT

01/18/2025

CENTRAL DISTRICT OF CALIFORNIA

BY ____AP____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

I/S

FEE PAID

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| _____ <br><br> GARY S. HANN, <br><br>      PLAINTIFF, <br><br>      VS. <br><br><br> Christopher Compton and Donna Compton <br><br>      Defendants. | Case No. _____ 5:25-cv-00165-CBM(SHKx) <br><br> JUDGE: HON. _____ <br><br> MAGISTRATE JUDGE: _____ <br><br> COMPLAINT FOR SIGNIFICANT AND ONGOING DAMAGES FROM NON-PRIVILEGED DEFAMATION PER SE BY DEFENDANTS AGAINST PLAINTIFF HANN <br><br><br> JURY TRIAL DEMANDED |

    TO THE HONORABLE _____, UNITED STATES DISTRICT JUDGE, AND ALL INTERESTED PARTIES:

1

Now comes 100% Disabled Retiree and Plaintiff Gary S. Hann ("Hann"), who demands a jury trial and who deposes and says as follows:

**JURISDICTIONAL STATEMENT**

1.  Diversity jurisdiction in federal court under 28 U.S.C. Section 1332 exists because its two elements have been met:  (1) the amount in controversy far exceeds $75,000, and (2) Plaintiff's nearly decade of citizenship in Riverside County, California (addressed in Venue, post), differs from Defendants;  both Dane Christopher Compton, and his wife Donna Compton, list their address in Texas.

**PREAMBLE**

2.  Plaintiff Gary S. Hann ("Hann") is a 100% disabled retiree and who has been frequently deprecated by the vicious and unwarranted actions of Defendants here.

3.  Hann brings this action with respect and deference, but simply cannot comprehend the violations of long settled law and the personal trauma and reputational harm intentionally caused him by Defendants.  Hann brings this action without improper purpose, in good faith and in sincere belief that the claims made are

correct, meritorious and predicated on a firm legal foundation, and therefore deserving of full consideration.

4.    Hann further avers that statements of fact herein are true and accurate to the best of his information, knowledge and belief, and that he is fully competent to testify thereto.

5.    Hann respectfully requests that this Honorable Court not reject this matter for technical or procedural reasons, but rather that this Court either correct such deficiencies sua sponte, or permit Hann to make such minor technical or procedural changes as may be found from time to time. *Haines v. Kerner*, 404 US 519, 520, 92 S.Ct. 594, 596 (1972).

6.    Hann additionally respectfully reminds the Court, and requests, that he be given any reasonable latitude in accordance with and as has been mandated by federal decisions and practice. *Castro v. US*, US No. 02-6683, 124 S.Ct. 786 (2003); *Boswell v. Mayer*, 169 F.3d 384 (6th Cir. 1999), *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

**VENUE**

7.    Venue is appropriately in this Court pursuant to 28 U.S.C. 1391(b)(1) and (2), because Plaintiff Hann resides in Riverside County, CA.

## THE PARTIES

8.   Plaintiff Hann is a long time tournament bridge player, and has made friends and compatriots across the USA, and to a certain extent, around the globe.  He has been honored by being elected Chairman of the prestigious American Contract Bridge League ("ACBL") Board of Governors, for four years, and subsequently by acclimation, to that Group's Vice-Chairmanship. Edgar Kaplan and Alfred Sheinwold, both community icons, praised Hann's leadership and accomplishments.

9.   It is nearly fully acknowledged by the bridge playing community, that Hann and the team he captained, were blatantly cheated out of the most prestigious championship of that era, the 1979 Men's Board-A-Match held in Norfolk, VA.

10.   Hann has been a member of "Bridge Winners" ("BW"), a 20,000 +/- person community of those who have a passionate desire to discuss, or respectfully debate, topics directly related to playing the card game-sport of bridge.  Bridge Winners ("BW") has community guidelines, which all participants agree to follow, among which are:

Absolutely no "*ad hominem*" attacks.

Forwarding a different tone from the actual posted topic of conversation (going "off-topic").

4

"Instead, provide reasoned counter-arguments that improve the conversation".

**"ALWAYS BE CIVIL"**

"Nothing sabotages a healthy conversation like rudeness:

Be civil. Don't post anything that a reasonable person would consider offensive, abusive, or hate speech.

Respect each other. Don't **harass anyone**, impersonate people, or **expose others' private information"**.

**DANE CHRISTOPHER COMPTON AND DONNA COMPTON**

11.    Together with Donna Compton practicing as Compton & Compton PLLC, have represented convicted bridge cheaters before the ACBL to get them lighter sentences or even completely off the well documented charges, using highly non-traditional methods not available to the average bridge player.

12.    "DANE CHRISTOPHER COMPTON 4744 Alta Vista Circle Dallas, Texas 75229 Home 214 373 7055 Cell 972 333 9214 Fax 214 373 0370 E-mail: chriscompton@mindspring.com Professional Experience: Bridge Academy of North Dallas, Full time Bridge Professional and Club Owner operator, 2007 to present".

13.    Dane Christopher Compton has been irate at Plaintiff beginning in the early 1980s when Hann rejected Compton's sexual advances, more so when Hann refused to vote for Compton as

essentially a "carpet bagger" candidate for the ACBL's Board of Governors Chairmanship, and for Hann's 2015 exposure of Compton's buddy "MP" for "MP's" flagrant cheating against elderly Florida retirees in a Florida Regional bridge tournament in 2014.

14.   Regarding Donna Compton - A lawyer shall be responsible for another lawyer's violation of the Rules of Professional Conduct if:

(1)   the lawyer orders or, with knowledge of the specific conduct, ratifies the conduct involved; or

(2)   the lawyer is a partner or has comparable managerial authority in the law firm in which the other lawyer practices, or has direct supervisory authority over the other lawyer, and knows of the conduct at a time when its consequences can be avoided or mitigated but fails to take reasonable remedial action.

**THE CONTROVERSY**

15.   On January 19, 2024, a member of Bridge Winners posted an Article entitled "Hann v. ACBL has settled", and invited discussion directly related to that specific topic, as is the mandate from the Bridge Winners' Community Standards.

16.   From a legal prospective, public discussion of private facts is a tort cause of action.   It occurs when an action

publically disseminates private or embarrassing facts about you without:

- your consent and

- a legitimate public concern for the topic.

## COUNT I – INTENTIONAL AND MALICIOUS DEFAMATION

17.   The following defamation per se comments by Defendants are ludicrous, totally untrue, malicious and unprivileged, and show a complete disregard for the truth of the matter.

18.   On Jan. 20, 2024: "Shawn , gary Hann is a convicted tier two sex offender in Michigan. it's an easily accessible public record".

19.   On Jan. 20, 2024: "my understanding is that Gary claimed the discipline inappropriate because he is no longer a member of the League. he attended the Advisory Council meeting as a Lifetime member of the Advisory Council —- as an ex ACBL President".

20.   On Jan. 20, 2024: "I correct my post. gary was never an ACBL President. He was Chairman of the ACBL Board of Governors predecessor to the Advisory Council. ((Typo, corrected, thanks!)" "Chris Compton edited this comment Jan. 21"

7

21.  Richard Fleet then wrote immediately thereafter, on Jan. 21,

2024:

"I'd correct it again if I were you, Chris"


22.  On Jan 21, 2024: "deleted"


23.  Gregory Gauthier wrote, on Jan. 21, 2024:  "The US Chess

Federation recently updated its Safe Play Policy to forbid

registered sex offenders to "be present or participate in events

where minors will be present or registered to compete".

https://new.uschess.org/sites/default/files/media/documents/us-

chess-safe-play-guidelines.pdf"


24.  On Jan. 21, 2024: 'Gregory, thanks for the post and the link'.


25.  On Jan. 21, 2024: "Jim, just because Mr. played against a

pair that cheated does not mean that he was cheated or that he

would have won the event had the pair not played. These are just

the beginning of problems related to "vacation with replacement"

and why "vacation without replacement is somewhat the norm in

various forms of competition around the world" .

**COUNT II – PHYSICAL INJURY FROM INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

26.    The following comments have deeply physically damaged Plaintiff Hann's 100% disability, causing him enduring physical injury:

27.    On Jan. 21, 2024: "Gary Hann is perhaps the most unsympathetic plaintiff i have ever seen in my legal career".

28.    Chip Boyle wrote in response, on Jan. 25, 2025: "I would add that Gary Hann, the individual, "has nothing to do with the merits of         the         underlying         dispute."         (NK)

"Any lawyer who has walked through a courtroom door knows that feelings of sympathy or lack thereof are to be hung on the coat rack in the hallway. Or so says the standard jury instruction."

"Just the facts, ma'am."

29.    On Jan. 22, 2024: "Almost certainly, it was. not a complete round robin. Way too many teams".

9

**RELIEF REQUESTED**

30.    Plaintiff Hann seeks $500,000 for the Compton's outrageous defamation, and $150,000 for Defendant's malicious causation of personal injury from their intentional infliction of emotional distress upon Hann.


Dated this 18th of January, 2025.

Gary S. Hann, Plaintiff