JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY S. HANN, | Case No. ED CV 25-0165 FMO (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHRISTOPHER COMPTON, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 7th day of July, 2025.

/s/
Fernando M. Olguin
United States District Judge